## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| RICHARD C. HVIZDAK, | : | No. 370 WAL 2018 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| DOUGLAS G. LINN, ESQUIRE, | : | |
| JENNIFER R. LINN, ESQUIRE, LINN LAW | : | |
| GROUP AND MICHELE M. HVIZDAK, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 13th day of March, 2019, the Petition for Allowance of Appeal is **DENIED**.

Justice Wecht did not participate in the consideration or decision of this matter.